UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RAFAEL SEGOVIA,** an individual, | * * * |
| PLAINTIFF, | * * |
| v. | * Case No.  3:22-cv-535-N * |
| **AHNS GROUP, INC.,** a domestic corporation, | * * * |
| DEFENDANT. | * |

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, judgment is hereby entered in favor of Plaintiff and this Court hereby,

ORDERS, ADJUDGES and DECREES that Defendant shall fully remedy all barriers to entry defined by the ADA that are present at the property that is the subject of this litigation as alleged in the Plaintiff's Complaint; it is, further,

ORDERS, ADJUDGES and DECREES that Defendant shall pay Plaintiff's attorneys' fees and litigation costs necessary and reasonably incurred by the prosecution of this cause of action, to be determined by this Court on subsequent hearing or after reviewing a sworn affidavit submitted by Plaintiff's attorney.

SIGNED on May 27, 2022.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE